# ROWLEY LAW PLLC

50 Main Street, Suite 1000
White Plains, NY 10606
(914) 400-1920

April 22, 2024

> Application **GRANTED**.  The initial pretrial conference scheduled for April 24, 2024, is **ADJOURNED** to **May 15, 2024, at 4:10 P.M.**  The parties shall file their initial pretrial conference materials by **May 8, 2024.**
>
> Dated: April 22, 2024
> New York, New York
>
> *[signature]*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

The Honorable Judge Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Lovoi v. Chesapeake Energy Corporation., et al.,* Case 1:24-cv-01896-LGS

Dear Judge Schofield:

On March 18, 2024, this Court issued an order scheduling a telephonic conference for April 24, 2024, at 4.10 p.m. Counsel for all the parties have been in communication and believe that they are making progress towards a potential resolution of this matter and that they hope to achieve that resolution in relatively short order. Given this progress, the parties respectfully request that the conference be postponed to a later date. This is the parties' first request for an extension.

We appreciate the Court's attention to this matter, and are available at the Court's convenience.

Respectfully submitted,

*[signature]*
_____
Shane Rowley (#0740)

cc:   Colleen C. Smith, Esq.
      Ryan A. Walsh, Esq.