# ROWLEY LAW PLLC

50 Main Street, Suite 1000
White Plains, NY 10606
(914) 400-1920

May 7, 2024

> **Application GRANTED in part.** The initial pretrial conference scheduled for May 15, 2024, is **ADJOURNED** to **June 12, 2024, at 4:10 P.M.** The parties shall file their conference materials by **June 5, 2024,** or by the same date shall file a status letter regarding settlement discussions and requesting further adjournment.
>
> Dated: May 8, 2024
> New York, New York
>
> *[signature]*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

The Honorable Judge Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Lovoi v. Chesapeake Energy Corporation., et al.,* Case 1:24-cv-01896-LGS

Dear Judge Schofield:

    On March 18, 2024, this Court issued an order scheduling a telephonic conference for April 24, 2024, at 4.10 p.m. Counsel for all the parties by letter dated Aprill 22, 2024, notified the Court that they have been in communication and believe that they are making progress towards a potential resolution of this matter and that they hope to achieve that resolution in relatively short order, and requested that the conference be postponed to a later date. That was the parties' first request for an extension.

    On April 22, 2024, the Court ordered that the conference be adjourned to May 15, 2024, and that pretrial conference materials be filed by May 8, 2024. Counsel for all the parties have continued to make good progress towards a potential resolution of this matter but believe that it may require up to at least an additional month to finalize. Given this, the parties respectfully request that the conference be further postponed to a date in July, at the earliest.

    We appreciate the Court's attention to this matter and are available at the Court's convenience.

                       Respectfully submitted,

                       *[signature]*
                       Shane Rowley (#0740)

cc:   Colleen C. Smith, Esq.
       Ryan A. Walsh, Esq.