# ROWLEY LAW PLLC

50 Main Street, Suite 1000
White Plains, NY 10606
(914) 400-1920

May 31, 2024

The Honorable Judge Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application **GRANTED.** The initial pretrial conference scheduled for **June 12, 2024,** is **ADJOURNED** to **July 3, 2024, at 4:10 P.M.** The parties shall file their preconference materials by **June 26, 2024.**
>
> Dated: June 3, 2024
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *Lovoi v. Chesapeake Energy Corporation., et al.,* Case 1:24-cv-01896-LGS

Dear Judge Schofield:

    On March 18, 2024, this Court issued an order scheduling a telephonic conference for April 24, 2024, at 4.10 p.m. Counsel for all the parties by letter dated April 22, 2024, notified the Court that they have been in communication and believe that they are making progress towards a potential resolution of this matter and that they hope to achieve that resolution in relatively short order, and requested that the conference be postponed to a later date. That was the parties' first request for an extension.

    On April 22, 2024, the Court ordered that the conference be adjourned to May 15, 2024, and that pretrial conference materials be filed by May 8, 2024. On May 7, 2024, the parties informed the Court by letter that negotiations were still ongoing and requested that the conference be postponed further to allow for negotiations to progress.

    On May 8, 2024, the Court postponed the conference to June 12, 2024, and ordered that conference materials be filed by June 5, 2024, or that by the same date the parties file a status letter regarding settlement discussions and requesting a further adjournment.

    As per the Court's instruction, we are pleased to report that the parties are still making good progress towards a resolution, but request that the conference be adjourned by an additional month to allow the parties to continue towards finalization of an expected resolution.

    Given this, the parties respectfully request that the conference be further postponed to a date in July, at the earliest.

    We appreciate the Court's attention to this matter and are available at the Court's convenience.

Respectfully submitted,

_____
Shane Rowley (#0740)

cc: Colleen C. Smith, Esq.
    Ryan A. Walsh, Esq.